

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00139-CR

Federico **JUAREZ** Sr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-05-13303-CR
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED AS MOOT. *See* TEX. R. APP. P. 21.9(b), 43.2(f).

SIGNED July 3, 2013.

Karen Angelini, Justice